Case 2:21-cv-00202   Document 32   Filed on 02/15/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 15, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THOMAS O. MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:21-CV-00202 |
| § | |
| EDUARDO BALDERAS, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO RETAIN CASE AND DISMISS CERTAIN CLAIMS**

On January 13, 2022, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation to Retain Case and Dismiss Certain Claims" (M&R, D.E. 25). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 25), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, the Court **RETAINS** the following claims: (1) due process claims (loss of tablet and commissary privileges) against Officers Ramirez, Brown, Lerma, and Nevado in their individual capacities; and (2) deliberate indifference claims (sleep deprivation) against Officers Ramirez, Brown, and Lerma in their individual capacities. It is further **ORDERED** that Plaintiff's claims against all Defendants in their official capacities are **DISMISSED WITH PREJUDICE** and that Plaintiff's claims against Defendants that are not otherwise retained or disposed of above are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to §§ 1915(e)(2)(B) and 1915A(b)(1).

ORDERED on February 15, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE